IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODERICK PITTMAN,

    Petitioner,

v.                              Case No. 1:17cv250-MW/CAS

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The 28 U.S.C. § 2254 petition, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**. Leave to appeal in forma pauperis is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 8, 2019.**

                                s/Mark E. Walker
                                **Chief United States District Judge**